RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
GEORLEN K. SPANGLER, ESQ.
Nevada Bar No. 003818
**KOLESAR & LEATHAM**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   rhoward@klnevada.com
          gspangler@klnevada.com

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NATIONAL BANK OF NEVADA, SUCCESSOR-IN-INTEREST TO FIRST NATIONAL BANK OF ARIZONA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK OF NEVADA, successor-in-interest by merger to FIRST NATIONAL BANK OF ARIZONA, N.A., a national banking association<br><br>Plaintiff,<br><br>vs.<br><br>LAKE ELSINORE 521, LLC a Nevada limited liability company; BRADLEY F. BURNS, an individual; and DOES 1 through 100 inclusive,<br><br>Defendant. | Case No.: 11-cv-0386 KJD-LRL<br><br><br><br>**RECEIPT OF COPY** |

Receipt of the Originals of the following documents are hereby acknowledged this 12th day of April, 2011, by:

1. Letter to Bradley F. Burns from the FDIC dated March 22, 2011; and

/ / /

2. Receivership Certificate of Proof of Claim – No. 383 also dated March 22, 2011.

FENNEMORE CRAIG

By _____
CHRISTOPHER H. BYRD
Nevada Bar No. 1633
LINDSAY A. HANSEN
Nevada Bar No. 11985
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com
Email: lhansen@fclaw.com

Attorneys for Defendant
BRADLEY F. BURNS

---

*Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, Successor-In-Interest by Merger to First National Bank of Arizona, N.A. v. Lake Elsinore 521, LLC, et al./* Case No. 11-cv-0386 KJD-LRL
Receipt of Copy

920912 (7211-5)                    Page 2 of 2

KOLESAR & LEATHAM
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

**FDIC**

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

March 22, 2011

Bradley F. Burns
C/O Christopher H. Byrd, Esq.
300 South Fourth St
Suite 1400
Las Vegas, NV 89101

SUBJECT:   10008 – FIRST NATIONAL BANK OF NEVADA
RENO, NV – In Receivership
**NOTICE OF ALLOWANCE OF CLAIM**

Dear Claimant:

On July 25, 2008 (the "Closing Date"), the FIRST NATIONAL BANK OF NEVADA, 6275 NEIL RD, RENO, NV, 89511 (the "Failed Institution") was closed by the Office of the Comptroller of the Currency, and the Federal Deposit Insurance Corporation (the "FDIC") was appointed Receiver (the "Receiver").

Enclosed you will find a Receiver's Certificate in the amount of $116,491.76. The enclosed Receivership Certificate represents a formal record of your claim as allowed. As the FDIC acting as Receiver liquidates the assets of the Failed Institution, you may periodically receive payments on your claim through dividends. The Receiver pays dividends according to the priorities established by applicable law.

The Receiver will send your dividends to the address shown on your Receivership Certificate, please notify this office if your address changes.

If you have uninsured deposits, as established by the FDIC's insurance determination, you automatically have a claim for such funds. **In the event you disagree with the FDIC's determination with respect to your uninsured deposits, you may seek a review of the FDIC's determination in the United States District Court for the federal judicial district where the principal place of business of the Failed Institution was located. You must request this review no later than 60 days after the date of this letter.**

If you have any questions, please call (972) 761-8677.

Sincerely,

Claims Agent
Claims Department

RLS7213

10008 - FIRST NATIONAL BANK OF NEVADA     RENO, NV
(Name and Location of Bank)

**RECEIVERSHIP CERTIFICATE OF PROOF OF CLAIM - NO.383**

March 22, 2011

THIS IS TO CERTIFY THAT Bradley F. Burns                                   -6214
                              (Name)                                      (Tax No.)

Of C/O Christopher H. Byrd, Esq., 300 South Fourth St, Suite 1400, Las Vegas, NV
                              (Address)

has made satisfactory proof that Bradley F. Burns

is a creditor of the 10008 - FIRST NATIONAL BANK OF NEVADA       in the amount of

One hundred sixteen thousand four hundred ninety one and seventy six /100

Dollars upon the following

claim to wit:

| | | | FDIC USE ONLY | |
| CLAIM NUMBERS | ACCOUNT NUMBERS | AMOUNTS | DPC#/TAX CODE | AMOUNTS |
| --- | --- | --- | --- | --- |
| 500009291-000 | | $116,491.76 | 940.0 | $114,971.00 |
| TOTALS | | $116,491.76 | 940.1 | $1,520.76 |
| | | | TOTALS | $116,491.76 |

Balance due in excess of any amount paid by and assigned the Federal Deposit Insurance Corporation and said creditor or the lawful assignee of this claim will alone be entitled to any distributions made hereon.

No assignment of this claim, or any portion thereof, will be recognized as to any distribution unless written notice of assignment has been given to the Receiver and accepted by it and entered thereon before such distribution has been paid.  Please complete the section below **only** if you are assigning your claim to another person or entity.

Claimant should notify the Receiver promptly of any change in claimant's address.

FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER

By _____
                      (Receiver)

ASSIGNMENT OF RECEIVER'S CERTIFICATE        Date: _____, _____

For value received claimant herein named hereby transfers and assigns the within claim to:

_____
(Name and Address)

_____        _____
(Original Claimant Signature)                    (Date Signed)

FDIC accepted/entered on Date: _____, _____  by  _____