✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                                   Nevada

Federal Deposit Insurance Corporation, et al.,

                              Plaintiffs,                    **JUDGMENT IN A CIVIL CASE**

V.

Lake Elsinore 521, LLC, et al.,                  Case Number:  2:11-cv-00386-GMN -LRL

                              Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Plaintiff Federal Deposit Insurance Corporation as Receiver for First National Bank of Nevada successor-in-interest by merger to First National Bank of Arizona, N.A. is awarded $34,404.00 in attorneys' fees and $415.27 in costs against Defendants Lake Elsinore 521, LLC  and Bradley F. Burns.

November 1, 2011                          /s/ Lance S. Wilson
_____                  _____
Date                                     Clerk

                                         /s/ Aaron Blazevich
                                         _____
                                         (By) Deputy Clerk