# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Federal Deposit Insurance Corporation, et al.,

Plaintiffs,

V.

Lake Elsinore 521, LLC, et al.,

Defendants.

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-00386-GMN -LRL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendant Bradley F. Burns Motion for Attorneys Fees and Costs is GRANTED in part and DENIED in part. Defendant Bradley F. Burns is awarded $34,404.00 in attorneys fees and $415.27 in costs.

November 3, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk